The People of the State of New York, Respondent, v. William M. Carter, Appellant.— Judgment affirmed. No opinion.

Mary R. Goelet and Robert Goelet, as Surviving Trustees under the Last Will and Testament of Ogden Goelet, Deceased, and Robert Goelet, Individually, Respondents, v. Hugh Donnelly and John H. Rogan, as Executors, etc., of John McGlynn, Deceased, Appellants.— Judgment affirmed, with costs. No opinion.

Harmon B. River, Respondent, v. Hinds, Noble & Eldredge, Appellant. — Order modified by striking out paragraphs 4, 5 and 6 of the complaint, and as modified affirmed, without costs. No opinion. Order to be settled on notice.

The Waterproofing Company v. Hydrolithic Cement Company.— See memorandum per curiam.

Edmund Batchis, Appellant, v. George Leask and Others, as Trustees under the Will of Hudson Hoagland, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Andrew D. Salkeld and Others, Appellants, v. Columbia Hosiery Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

American Taximeter Company, Appellant, v. John Hefferon and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. G. Arnold Moses, Appellant, v. Jacob Marks, a Justice of the Municipal Court of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title to Certain Lands, etc., Lying and Being on' Leonard, Worth, Lafayette, Centre and Other Streets, in the Sixth Ward of the Borough of Manhattan, in the City of New York, Duly Selected, etc., Pursuant to the Provisions of Chapter 336 of the Laws of 1903, and the Various Acts Amendatory Thereof and Supplemental Thereto, as a Site for a New Court House, etc. Samuel Green, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Société Anonyme Des Glaces Nationales Belges, Respondent, v. Jacques. Kahn, Appellant.— Order modified by requiring the plaintiff to give an additional bond of $1,000, instead of $500, as ordered by the court at Special Term, and as modified affirmed, with ten dollars costs and disbursements to the defendant. No opinion. Order to be settled on notice.

In the Matter of Hudson Hoagland, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Iva B. Matthews Richardson, Respondent, v. Robert Kennon Richardson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Butterick Publishing Company, Respondent, v. Mistrot-Munn Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.